UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIF AMARA KOUROUMA,<br><br>        Plaintiff,<br><br>  v.<br><br>FBI,<br><br>        Defendant. | Civil Action No. 24-3444 (APM) |

## STATUS REPORT

Defendant, Federal Bureau of Investigation ("FBI"), by and through undersigned counsel hereby files this status report apprising the Court as to the status of this case, in which Defendant has not yet been served.

On October 30, 2024, Plaintiff, Salif Amara Kourouma, appearing pro se, filed his Complaint in the Superior Court for the District of Columbia (ECF No. 1-1), which appears to allege, among other things, that his appeal to the Supreme Court of the United States was returned to him as an improper filing or that the dismissal of a prior district court suit is meritless. *See* Compl., at 59, ECF No. 1-1. It is believed that this case is related to *Kourouma v. President of the United States et al.*, Civ. A. No. 17-1890 (APM). On December 10, 2024, Defendant removed Plaintiff's Complaint to this Court. *See* Notice of Removal, ECF No. 1.

Because service has not been effective, Defendant proposes that the Court stay this case until service is complete or the case is dismissed for want of proof of service. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Cunningham v. Wright*, Civ. A. No. 21-0187 (APM),

2021 WL 2935885, at *1 (D.D.C. July 13, 2021) (dismissing removed case, in part, for failure to effect service of process); *see also Workman v. Bissessar*, 275 F. Supp. 3d 263, 268–69 (D.D.C. 2017) (discussing 28 U.S.C. § 1448 service of process after removal).

Dated: December 15, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ Anna D. Walker*
    ANNA D. WALKER
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2544

*Attorneys for the United States of America*